IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH LUCKY | FILED | CIVIL ACTION |
| v. | SEP 2 6 2014 | |
| TRANS UNION, LLC, et al. | MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk | CASE NO. 2:14-cv-05134-CDJ |

ORDER

AND NOW, this 25th Day of September, 2014, it is hereby

ORDERED that the application of __Lindsey A. Kovener__, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                                                                                                              J.